**FILED** DF
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 7 2017 ★

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**CASE NO.   BROOKLYN OFFICE**

**1:17-cv-00981-ARR-RML**

CHAYA LEIFER on behalf of herself
all other similarly situated consumers

**STIPULATION OF
DISMISSAL**

                              Plaintiff,

          -against-

MERCANTILE ADJUSTMENT BUREAU, LLC

                              Defendant.

---

        **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the

attorneys for the parties to the above-entitled action, that whereas no party hereto is an infant,

incompetent person for whom a committee has been appointed or conservatee, and or person not a

party has an interest in the subject matter of the action, the above-entitled action be, and the same

hereby is discontinued with prejudice without costs to either party as against the other.  This

stipulation may be filed without further notice with the Clerk of the Court.

Dated: Brooklyn, New York
       September 1, 2017

Dated: Chagrin Falls, Ohio
       September 1, 2017

/s/ Maxim Maximov
Maxim Maximov, Esq.
Maxim Maximov, LLP
Attorney for the Plaintiff
1701 Avenue P
Brooklyn, New York 11229
Office: (718) 395-3459
Facsimile: (718) 408-9570
E-mail: m@maximovlaw.com

/s/ Michael D. Slodov
Michael D. Slodov, Esq.
Sessions, Fishman, Nathan & Israel, L.L.C.
Attorney for the Defendant
15 East Summit Street
Chagrin Falls, Ohio 44022
Office: (440) 318-1073
Fax: (216) 359-0049
E-mail: mslodov@sessions-law.biz

So ordered.            /s/(ARR)

USDJ